**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

ARIZONA STUDENTS' ASSOCIATION     v.    ARIZONA BOARD OF REGENTS

THE HONORABLE JOHN W. SEDWICK     CASE NO. 2:13-cv-00306 (JWS)

PROCEEDINGS:    **ORDER FROM CHAMBERS**       Date: July 31, 2013

     The court having dismissed the plaintiff's Complaint, the Motion to Intervene at Docket 13 is **DENIED as moot**.